UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: MICHAEL NELSON  CHAPTER 13
SUSAN G. NELSON  CASE NO.: 17-50182

Debtors  (Jointly Administered)

## NOTICE OF HEARING

TO WHOM IT MAY CONCERN, the Motion for Relief from Stay and Abandonment filed in the above captioned bankruptcy is set for hearing on June 7, 2017 at 8:30 o'clock a.m. **If and Only If** an objection thereto is filed at the United States Bankruptcy Court, 214 Jefferson Street, 1st Floor Courtroom, Ste. 110, Lafayette, Louisiana. Local Rules require that an opposition be filed at least five (5) calendar days prior to the noticed hearing date.

LAFAYETTE, LOUISIANA, this 3rd day of May, 2017.

_____
JOHN A. MOUTON, III

C:\WPDocs\Amy\UZ\WHITNEY-NELSON\Motion for Relief from Stay.docx

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: MICHAEL NELSON<br>SUSAN G. NELSON | CHAPTER 13<br>CASE NO.: 17-50182 |
| Debtors | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Hearing has been served upon the Debtor's attorney, the Office of the U.S. Trustee, 300 Fannin Street, Ste. 3196, Shreveport, LA 71101, the Chapter 13 Trustee and all persons listed on the attached Mailing Matrix, by depositing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana this 3rd day of May, 2017.

_____
JOHN A. MOUTON, III

C:\WPDocs\Amy\UZ\WHITNEY-NELSON\Motion for Relief from Stay.docx