UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE: MICHAEL & SUSAN NELSON          CASE NO: 17-50182

## TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED PLAN
## FILED 5/7/18

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who respectfully represents as follows:

1.

This amended plan was filed to cure the Motion to Lift Stay filed by Wells Fargo for plan payments that were to be paid directly by the debtors to the creditor.

2.

The Motion to Lift, which was filed on 2/20/18, indicated that the debtors were delinquent for the months of October 2017 through February 2018 in the amount of $3,058.06 each less unapplied funds of $152.90. This equates to arrears totaling $15,137.40.

3.

This amended plan, which was filed on 5/7/18 not only seeks to cure the arrears for the months of October 2017 through February 2018 but adds 4 more months of post petition arrears for the months of March 2018 through June of 2018 for an additional $12,232.24. This would be a grand total of 9 missed payment for a total of $27,369.64.

4.

The debtor needs to account for the disposition of these funds.

5.

Further, the Trustee believes that the debtors are acting in bad faith in that even after the Motion to Lift Stay was filed for 5 missed mortgage payments the debtor is attempting to add 4 more post petition payments into the plan with no explanation or documentation to support same.

6.

Further the Trustee believes that by simply adding arrears to the plan to account for some $27,369.64 in mortgage payments is not an acceptable remedy for his failure to miss and continue to miss mortgage payments as per the term of his confirmed plan

**WHEREFORE,** Trustee prays that this objection be deemed timely filed and that a hearing come before the court at the date and time scheduled for this motion.

Lafayette Louisiana this 24th day of May 2018.

/s/ Keith A. Rodriguez
KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor and the debtor's attorney:

Mr. & Mrs. Michael Nelson
1422 Victor II Blvd.
Morgan City, LA 70380

W. Simmons Sandoz
P O Drawer 471
Opelousas LA 70571

by placing same in the United States Mail, postage prepaid or by electronic case filing this 24th day of May, 2018.

/s/ Keith A. Rodriguez
KEITH A. RODRIGUEZ